```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    SEP 29 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>**Mark Ophelia Islas and**<br>**Mayra Jeannette Angulo**.<br><br>  Defendants. | 10-03895M-<br><br>Mag. No.<br><br><u>O R D E R</u> |

Upon reading and filing of the foregoing motion and good cause appearing, IT IS ORDERED that a summons be issued for, **Mark Ophelia Islas,** in care of, Bruce Heurlin, Esq., 1636 N. Swan Road, Suite 200, Tucson, AZ, 85712 and for **Mayra Jeannette Angulo,** in care of, Thomas Hartzell, Esq., 80 W. Franklin Street, Tucson, AZ, 85701 to appear before the United States District Court on the 21st day of October, 2010, at 2:00 pm before the Duty Magistrate Judge.

DATED: September 30, 2010

_/s/ Glenda E. Edmonds_

Copies Distributed
USM- Cert. A-[illegible]
B-Heurlin, T. Hartzell, Miskell (AUSA), CRP, GEE