THE LAW FIRM OF
**HEURLIN SHERLOCK PANAHI**
1636 N. SWAN ROAD, STE. 200
TUCSON, ARIZONA 85712-4096
TEL 520.319.1200
FAX 520.319.1221

Bruce R. Heurlin, SB#003214
Eric J. McNeilus, SB#021928
Email: BHeurlin@HSPatlaw.com
Email: emcneilus@hspatlaw.com
Attorneys for Mark Islas

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| UNITED STATES, | 10-03895M |
|---|---|
| Plaintiff, | **ACCEPTANCE OF SERVICE OF COMPLAINT AND NOTICE OF TRUE NAME** |
| v. | |
| MARK OPHELIA ISLAS and MAYRA JEANNETTE ANGULO, | |
| Defendants. | |

Mark Islas accepts service of the complaint and will appear before the United States District Court on October 21, 2010, at 2:00 p.m. before the Duty Magistrate, pursuant to the Court's September 29, 2010, Order.

Mark Islas' true name is "Mark Islas," with no middle name, none.

Dated: October 5, 2010.

*s/ Bruce R. Heurlin*
Bruce R. Heurlin, SBN 003214
Eric J. McNeilus, SBN 021928
HEURLIN SHERLOCK PANAHI
1636 N. Swan Road, Suite 200
Tucson, AZ 85712-4096
Tel:  (520) 319-1200
Fax:  (520) 319-1221
Attorneys for Mark Islas

1

# CERTIFICATE OF SERVICE

I, Judy Brewer, certify that on October 5, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing for the following ECF registrant:

    Robert L. Miskell    robert.miskell@usdoj.gov

and by U.S. Mail to:

    Thomas Hartzell
    80 W. Franklin Street
    Tucson, Arizona  85701

    *s/ Judy Brewer*
    Judy Brewer